Robert N. STUART v. DEPARTMENT OF EMPLOYMENT AND TRAINING.

[474 A.2d 1258]

No. 83-024

648

February 24, 1984. The decision of the Vermont Employment Security Board is affirmed. There is credible evidence to support the findings, and the Board's conclusions are supported by the findings. *Harrington* v. *Department of Employment Security*, 142 Vt. 340, 345, 455 A.2d 333, 336 (1982).